Saranne E. Weimer, Esq. (908482012)
**S. WEIMER LAW, LLC**
101 Crawfords Corner Road, Suite 4116
Holmdel, NJ 07733
Phone: (732) 631-3756
Fax: (732) 398-6066

Jonathan I. Kravis
Van A. Carver
Charlotte U. Keeley
**LIU SHUR KRAVIS LLP**
607 Fourteenth Street
Washington, D.C. 20005
Phone: (202) 240-7100

*Attorneys for Plaintiff*
*Sun Pharmaceutical Industries Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAFREL PHARMACEUTICALS, LLC; NEEYAAN LLC; and DIPEN PATEL,<br><br>Defendants. | Civil Action No. 3:26-cv-12812<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Plaintiff Sun Pharmaceutical Industries, Inc. ("Sun") states as follows:

Sun is a company organized and existing under the laws of the State of Delaware and is an indirect subsidiary of Sun Pharmaceutical Industries Ltd.

Sun Pharmaceutical Industries Ltd. is a publicly held corporation organized and existing under the laws of India. No parent corporation or publicly traded corporation owns 10% or more of Sun Pharmaceutical Industries Ltd.'s stock.

Dated: September 29, 2026

Respectfully submitted,

SUN PHARMACEUTICAL INDUSTRIES INC.

By its attorneys,

*s/Saranne E. Weimer*
Saranne E. Weimer, Esq. (908482012)
**S. WEIMER LAW, LLC**
101 Crawfords Corner Road, Suite 4116
Holmdel, NJ 07733
sweimer@sweimerlaw.com
Phone: (732) 631-3756
Fax: (732) 398-6066

Jonathan I. Kravis
Van A. Carver
Charlotte U. Keeley
(*pro hac vice forthcoming*)
**LIU SHUR KRAVIS LLP**
607 Fourteenth Street
Washington, D.C. 20005
jonathan.kravis@lsklllp.com
van.carver@lskllp.com
charlotte.keeley@lskllp.com
Phone: (202) 240-7100

*Attorneys for Plaintiff*
*Sun Pharmaceutical Industries Inc.*